UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In re:

                              Case No.   13-16771-AJC

Clara C Gutierrez

                              Chapter 7

_____/

**TRUSTEE'S MOTION TO SELL ESTATE'S INTEREST IN REAL PROPERTY VIA PRIVATE SALE PURSUANT TO 11 U.S.C. §363(B), FED R. BANKR. P. 6004(F) AND LOCAL RULE 6004-1(D)**

> **Pursuant to Fed. R. Bankr. P. 6004 and Rule 6004-1(D), this proposed use, sale or lease will be deemed approved without necessity of hearing or order if no objection to the use, sale or lease is filed within 21 from the date of service of this notice.**

Maria M. Yip (the "Trustee"), the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate of Clara C Gutierrez (the "Debtor"), files this Motion (the "**Motion**") to sell the Debtor's bankruptcy estate's right, title and interest in and to certain real property via private sale to ALR117 LAND TRUST (the "**Buyer**"), <u>subject to</u> all liens, claims, encumbrances, and interests, pursuant to 11 U.S.C. § 363(b), Fed. R. Bank. P. 6004(f) and Local Rule 6004-1(D), and in support thereof the states as follows:

1.      This is a voluntary chapter 7 bankruptcy case.

2.      As set forth in the Debtor's bankruptcy schedules, the Debtor is the owner of certain real property commonly known as 2831 SW 117 Ave Miami, FL 33175 (the "**Property**"). The Debtor does not claim this Property as exempt.

3.      Based upon Trustee's review, the Debtor's bankruptcy estate has no equity in the Property. The Trustee had initially planned to abandon the Property; however, the Buyer has agreed to pay the Trustee the sum of $5,050.00 for the benefit of creditors, in exchange for the Trustee's conveyance of all of the Debtor's bankruptcy estate's right, title and interest in and to the Property.   A copy of the Agreement is annexed hereto.

4.      Buyer agrees to reimburse the Estate for the costs associated with the service of the Trustee's Motion and Proposed Order to all creditors, not to exceed $100.00.

5.      The proposed sale is subject to all existing liens, claims, encumbrances, and interests. The sale is further without representation or warranties and the Property is being taken "AS IS" "WHERE IS" with all faults and conditions.

6.      In light of the fact that the Trustee was going to otherwise abandon the Property, this sale is clearly a benefit to the estate.

7.      The Trustee is not seeking relief under 11 U.S.C. §§ 363(f), (g) or (h).

8.      Based upon the foregoing, the Trustee respectfully request the entry of an Order authorizing her to sell the Estate's right, title and interest in and to the Property pursuant to 11 U.S.C. § 363(b) to Buyer for the sum of $5,050.00

**WHEREFORE**, the Trustee respectfully requests the entry an order, substantially in the form attached hereto, granting the relief requested herein and awarding any additional relief as the Court deems just and appropriate.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing will be served to all parties on the attached service list and was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and via U.S. Mail to the following on May 8, 2013:

Atlas Acquisitions
bk@atlasacq.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Aileen Torrens on behalf of Debtor Clara C Gutierrez
aileen@torrenslaw.com, atovar@legalhelpgroup.com


Signed:  ___/s/ Maria M. Yip, Trustee_____
         Maria M. Yip, Trustee
         201 Alhambra Circle, Suite 501
         Coral Gables, FL 33134
         Telephone:  305-908-1862
         Facsimile:   786-800-3903
         trustee@yipcpa.com

AGREEMENT TO PURCHASE ESTATE'S INTEREST IN REAL PROPERTY
PURSUANT TO 11 U.S.C. § 363(b) IN CASE STYLED
*In re Clara C. Gutierrez et al.*, Case No. 13-16771 AJC, pending in the
U.S. Bankruptcy Court for the Southern District of Florida, Miami Division ("Bankruptcy Court")

ALRII7 LAND TRUST

~~Rock-N-Roll-Property, LLC~~, a Florida limited liability company (the "Buyer"), hereby offers to purchase from **Maria Yip** ("Seller"), the duly appointed and acting Chapter 7 trustee for the bankruptcy estate of Clara C. Gutierrez, the following asset on the following terms and conditions:

1.    Asset. The asset to be acquired pursuant to this offer consists of the Seller's right, title, and interest in and to that certain real property commonly known as  2831 S.W. 117 Avenue, Miami, Florida 33175 (the "Asset").

2.    Purchase Price. Cash in the amount of Five Thousand and Fifty Dollars ($5,050.00) (the "Purchase Price").

3.    Terms. The sale of the Asset will be "AS IS, WHERE IS" with all faults and conditions, shall contain no representations and warranties from the Seller, and will be subject to all liens, claims, encumbrances, and interests whether known or unknown. Buyer has not relied upon any information or documentation provided by the Seller or any agent of the Seller in entering into this Agreement.

4.    Closing. Closing will be within 3 business days that the proposed sale herein is authorized pursuant to the terms of Local Rule 6004-1(D). At closing, the Buyer shall pay Seller cash in an amount equal to the Purchase Price. In exchange, Seller will deliver the attached original executed trustee's deed to the Buyer pursuant to the terms set forth above. The Buyer shall be responsible for payment of any and all fees and taxes imposed by any governmental agency arising from or related to the sale of the asset such as, but not limited to, sales taxes, documentary stamps, recording fees and other similar expenses.

5.    Miscellaneous Provisions. Buyer acknowledges that Seller must file a motion in the Debtor's bankruptcy case pursuant to Local Rule 6004-1(D) before closing the transaction contemplated herein. This Agreement represents the entire agreement of the parties hereto and supersedes all other agreements between the parties, whether oral or in writing, concerning the Asset.  This Agreement shall be construed in accordance with the laws of the State of Florida. Jurisdiction over any dispute under this Agreement shall be in the Bankruptcy Court presiding over the Debtor's bankruptcy estate.  This Agreement may be executed in separate counterparts and facsimile signatures shall be deemed originals.

~~Rock N Roll Property, LLC~~   ALRII7 LAND TRUST

By _____

Name: _____

Title: _____

Accepted on **May 7, 2013**

_____
Maria Yip, not individually, but solely as
Chapter 7 trustee for the bankruptcy estate
of Clara C. Gutierrez

Label Matrix for local noticing
113C-1
Case 13-16771-AJC
Southern District of Florida
Miami
Wed May  8 12:33:12 EDT 2013

Atlas Acquisitions
294 Union St
Hackensack, NJ 07601-4303

American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355-1245

Asset Acceptance Llc
Po Box 1630
Warren, MI 48090-1630

Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410-8110

Bank Of America
P.O. BOX 26012
Greensboro, NC 27420-6012

Bank Of America
Po Box 982235
El Paso, TX 79998-2235

Calvary Portfolio Services
Attention: Bankruptcy Department
500 Summit Lake Dr. Suite 400
Valhalla, NY 10595-1340

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130-0285

Chase
Po Box 15298
Wilmington, DE 19850-5298

Chase
Po Box 24696
Columbus, OH 43224-0696

Chase
Po Box 901039
Fort Worth, TX 76101-2039

Chase Mht Bk
Attn: Bankruptcy
Po Box 15145
Wilmington, DE 19850-5145

Chase- Bp
Po Box 15298
Wilmington, DE 19850-5298

Citimortgage Inc
Po Box 9438
Gaithersburg, MD 20898-9438

Credit One Bank
Po Box 98873
Las Vegas, NV 89193-8873

Discover Fin Svcs Llc
Po Box15316
Wilmington, DE 19850-5316

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040-8999

G M A C
P O Box 380901
Bloomington, MN 55438-0901

Gemb/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Hsbc Bank
Po Box 30253
Salt Lake City, UT 84130-0253

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Lexus Financial Servic
12735 Morris Road
Alpharetta, GA 30004-8904

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Lvnv Funding Llc
Po Box 740281
Houston, TX 77274-0281

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117-6282

Visa Dept. Stores
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040-8053

```
Wffnb Retail                        Aileen Torrens                     Clara C Gutierrez
Cscl Dispute Tm-mac N8235-04m       8045 NW 155 St                     2831 S.W. 117 AVE
Des Moines, IA 50306                Miami Lakes, FL 33016-5874         Miami, FL 33175-1724


Maria Yip
201 Alhambra Cir # 501
Coral Gables, FL 33134-5105
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Services           Lexus Financial Services           Portfolio Recovery
P.O. BOX 1686                       Po Box 8026                        Attn: Bankruptcy
Birmingham, AL 35201                Cedar Rapids, IA 52409             Po Box 41067
                                                                       Norfolk, VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Miami                            (d)Atlas Acquisitions LLC          End of Label Matrix
                                    294 Union St.                      Mailable recipients    33
                                    Hackensack, NJ 07601-4303          Bypassed recipients     2
                                                                       Total                  35
```

PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
**www.flsb.uscourts.gov**

In Re:                                          Case No. 13-16771-AJC

Clara C Gutierrez                               Chapter 7 Proceeding

_____      /
         Debtor(s)

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO SELL
ESTATE'S INTEREST IN REAL PROPERTY VIA PRIVATE SALE
PURSUANT TO
11 U.S.C. § 363(B), FED R. BANKR. P. 6004(F) AND LOCAL RULE 6004-1(D)**

THIS CAUSE came before the Court upon consideration of the *Motion to Sell*

*Estate's Interest in Real Property Via Private Sale Pursuant to 11 U.S.C. Motion to Sell*

*Estate's Interest in Real Property Via Private Sale Pursuant to 11 U.S.C. §363(B), Fed. R.*

*Bankr. P. 6004(F), and Local Rule 6004-1(D)* ("Motion") filed by Maria M. Yip ("Trustee"),

the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate of Clara C

Gutierrez ("Debtor"). The Court, noting that the Motion was served on all creditors and parties

in interest, that no objection was filed to the Motion, and finds that the relief sough in the

Motion is reasonable and in the best interest of the creditors and the Debtor's bankruptcy estate, and being otherwise fully advised in the premises, hereby, **ORDERED AND ADJUDGED** as follows:

      1.     The Motion is **GRANTED**.

      2.     The Trustee is authorized to take any and all actions and execute any and all documents necessary to effectuate the sale of 2831 SW 117 Ave Miami, FL 33175 to ALR117 LAND TRUST pursuant to the terms of the Agreement to Purchase Estate's Interest in Real Property Pursuant to 11 U.S.C. § 363(b).

      3.     The Court retains jurisdiction to modify, interpret or enforce the terms of the Agreement.

###

**Submitted by:**
Maria M. Yip, Trustee
201 Alhambra Circle, Suite 501
Coral Gables, FL 33134
Telephone: 305-908-1862
Facsimile:  786-800-3903
trustee@yipcpa.com

**Copies Furnished to:**
Maria M. Yip, Trustee
*Trustee Yip is directed to serve copies of this Order upon all parties in interest upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.*