Maria M. Yip, Trustee
Maria M. Yip, Trustee
201 Alhambra Circle, Suite 501
Coral Gables, FL  33134
305 908-1862

Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

DATE RECEIVED: May 08, 2013        TIME RECEIVED: 01:26PM        TOTAL SERVED: 31

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

IN RE:    Clara C Gutierrez

CASE NO: 13-16771-AJC

CERTIFICATE OF SERVICE

Chapter: 7

ECF Docket Reference No:

On Thursday, May 09, 2013, a copy of the following documents, described below,

**Trustee's Motion to Sell Estate's Interest in Real Property via Private Sale Pursuant to 11 U.S.C. §363, Fed. R. Bankr. P. 6004(F) and Local Rule 6004-1(D)**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: May 9, 2013

/s/ Justine Riley
Justine Riley
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Maria M. Yip, Trustee
201 Alhambra Circle, Suite 501
Coral Gables, FL  33134
305 908-1862

**Note:** The addresses on the attached mailing list were processed through the USPS Zip+4 validation database as well as the USPS National Change of Address Database (NCOA-link) in accordance with the USPS Domestic Mail Manual Rules.  The delivery point zip code and carrier routing were imprinted on the mailpiece with an Intelligent Mail Barcode for faster and more reliable delivery.

*Certificate of Service*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 13-16771-AJC<br>Southern District of Florida<br>Miami<br>Wed May  8 16:36:08 EDT 2013 | Atlas Acquisitions<br>294 Union St<br>Hackensack, NJ 07601-4303 | American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355-1245 |
| Asset Acceptance Llc<br>Po Box 1630<br>Warren, MI 48090-1630 | Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410-8110 | Bank Of America<br>P.O. BOX 26012<br>Greensboro, NC 27420-6012 |
| Bank Of America<br>Po Box 982235<br>El Paso, TX 79998-2235 | Calvary Portfolio Services<br>Attention:  Bankruptcy Department<br>500 Summit Lake Dr. Suite 400<br>Valhalla, NY 10595-1340 | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 | Chase<br>Po Box 901039<br>Fort Worth, TX 76101-2039 |
| Chase Mht Bk<br>Attn: Bankruptcy<br>Po Box 15145<br>Wilmington, DE 19850-5145 | Chase- Bp<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citimortgage Inc<br>Po Box 9438<br>Gaithersburg, MD 20898-9438 |
| Credit One Bank<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Discover Fin Svcs Llc<br>Po Box15316<br>Wilmington, DE 19850-5316 | Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| G M A C<br>P O Box 380901<br>Bloomington, MN 55438-0901 | Gemb/JC Penny<br>Attention:  Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Hsbc Bank<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Lexus Financial Servic<br>12735 Morris Road<br>Alpharetta, GA 30004-8904 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274-0281 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 | Visa Dept. Stores<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 |

```
Wffnb Retail                          Aileen Torrens                        Clara C Gutierrez
Cscl Dispute Tm-mac N8235-04m         8045 NW 155 St                        2831 S.W. 117 AVE
Des Moines, IA 50306                  Miami Lakes, FL 33016-5874            Miami, FL 33175-1724


Maria Yip
201 Alhambra Cir # 501
Coral Gables, FL 33134-5105
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Services             Lexus Financial Services              Portfolio Recovery
P.O. BOX 1686                         Po Box 8026                           Attn: Bankruptcy
Birmingham, AL 35201                  Cedar Rapids, IA 52409                Po Box 41067
                                                                            Norfolk, VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Miami                              (d)Atlas Acquisitions LLC             End of Label Matrix
                                      294 Union St.                         Mailable recipients    33
                                      Hackensack, NJ 07601-4303             Bypassed recipients     2
                                                                            Total                  35
```