UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In re:

Clara C Gutierrez

Case No.   13-16771-AJC

Chapter 7

_____/

### TRUSTEE'S AGREED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO CLAIMED EXEMPTIONS AND OBJECTING TO DISCHARGE

**COMES NOW**, the Trustee, MARIA M. YIP, and files this Agreed Motion for Extension of Time to File Objections to Claimed Exemptions of the Debtor and Objecting to Discharge and in support thereof states as follows:

1. The Debtor(s) filed a Chapter 7 Petition on March 26, 2013 and the §341 Meeting of Creditors was held on May 1, 2013.  This Motion is timely filed.

2. The Trustee requires additional time in which to investigate the financial dealings of the debtor(s), the current market value of claimed exemptions and other responsibilities of the Trustee pursuant to 11 U.S.C. §704.

3. The current deadline for filing objections to claimed exemptions in connection with this case is June 2, 2013.  Trustee and Debtor's counsel have agreed to a thirty (30) days extension of the deadline to July 2, 2013.

4. The current deadline for filing objections to discharge in connection with this case is July 1, 2013.  Trustee and Debtor's counsel have agreed to a thirty (30) day extension of the deadline to July 31, 2013.

5. This extension of time will not prejudice any party and is not requested for purposes of delay.

6. Nothing in this Motion shall prejudice the Trustee's right to seek other and further extensions of the deadline to file Objections to Exemptions of the Debtor as may be appropriate under the circumstances then prevailing.
7. No prior request for extension of time has been made to this Court.

**WHEREFORE**, the Trustee, MARIA M. YIP, respectfully requests that this Court enter an Agreed Order extending the deadline for filing an objection to the Debtor(s) claimed exemptions to July 2, 2013, and extending the deadline for filing objections to the Debtor(s) discharge to July 31, 2013, pursuant to Local Rule 9013-1(C)(5), on the grounds set forth above and for such other relief as this Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on May 31, 2013:

Atlas Acquisitions
bk@atlasacq.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Aileen Torrens on behalf of Debtor Clara C Gutierrez
aileen@torrenslaw.com, atovar@legalhelpgroup.com

                                              Signed:  _/s/ Maria M. Yip, Trustee_____
                                                     Maria M. Yip, Trustee
                                                     201 Alhambra Circle, Suite 501
                                                     Coral Gables, FL 33134
                                                     Telephone:  305-908-1862
                                                     Facsimile:   786-800-3903
                                                     trustee@yipcpa.com

PROPOSED AGREED ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In re:

Clara C Gutierrez

Case No.   13-16771-AJC

Chapter 7

_____/

### AGREED ORDER GRANTING TRUSTEE'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO CLAIMED EXEMPTIONS AND <u>OBJECTING TO DISCHARGE</u>

**THIS CAUSE** came before the Court upon the Agreed Motion for Extension of Time to File Objections to Claimed Exemptions of the Debtor and Objecting to Discharge, filed by the Trustee, MARIA M. YIP, wherein the Trustee requested an extension of time to file Objections to Claimed Exemptions of the Debtor(s) and Objecting to Discharge pursuant to Local Rule 9013-1(C)(5), and after noting the agreement of Debtor's counsel, finding good cause and being otherwise fully advised it is:

**ORDERED AND ADJUDGED** that the Trustee's Motion is granted. The deadline for the Trustee to file Objections to Exemptions of Debtor(s) is extended through and including July 2, 2013. The deadline for filing Objections to Discharge is extended through and including July 31, 2013.

###

**Submitted by:**
Maria M. Yip, Trustee
201 Alhambra Circle, Suite 501
Coral Gables, FL 33134
Telephone: 305-908-1862
Facsimile:   786-800-3903
trustee@yipcpa.com

**Copies Furnished to:**
Maria M. Yip, Trustee

*Trustee Yip is directed to serve copies of this Order upon all parties in interest upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.*