# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 13-16771 | AJC | Judge: | A. Jay Cristol | Trustee Name: | Maria M. Yip, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Clara C Gutierrez | | | | Date Filed (f) or Converted (c): | 03/26/2013 (f) |
| | | | | | 341(a) Meeting Date: | 05/01/2013 |
| For Period Ending: | 06/30/2013 | | | | Claims Bar Date: | 08/06/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2831 Sw 117 Ave Miami, Fl 33175 | 368,462.00 | 0.00 | | 0.00 | 0.00 |
| 2. Cash On Hand | 50.00 | 0.00 | | 0.00 | 0.00 |
| 3. Chase Checking Account#: 000008320083631 | 776.00 | 0.00 | | 0.00 | 0.00 |
| 4. Living Room: Sofa, Lamp, Table, Stereo, Tv. Kitchen/ Dining | 700.00 | 0.00 | | 0.00 | 0.00 |
| 5. Clothing Wardrobe | 50.00 | 0.00 | | 0.00 | 0.00 |
| 6. Jewelry Earings/ Bracelet/ Ring | 150.00 | 0.00 | | 0.00 | 0.00 |
| 7. Lexus Rx350 2007 Mileage 64,243 | 16,421.00 | 1,247.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $386,609.00    $1,247.00    $0.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Status: TFR to be prepared after all claims resolved.

Claims: 8/6/13 CBD.

Estate Tax Returns: No returns are required at this time.

Initial Projected Date of Final Report (TFR): 11/30/2013    Current Projected Date of Final Report (TFR): 12/30/2013

Trustee Signature:    /s/ Maria M. Yip, Trustee    Date: 07/26/2013

Maria M. Yip, Trustee
201 Alhambra Circle
Suite 501
Coral Gables, FL 33134
(305) 908-1862
trustee@yipcpa.com

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-16771 | Trustee Name: Maria M. Yip, Trustee |
| Case Name: Clara C Gutierrez | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX9953 |
| | Checking |
| Taxpayer ID No: XX-XXX3988 | Blanket Bond (per case limit): $123,797,500.00 |
| For Period Ending: 06/30/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

|  |  |  |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

...

Page: 2

Case 13-16771-AJC    Doc 31    Filed 07/26/13    Page 4 of 4

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9953 - Checking | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:   /s/ Maria M. Yip, Trustee    Date: 07/26/2013

Maria M. Yip, Trustee
201 Alhambra Circle
Suite 501
Coral Gables, FL 33134
(305) 908-1862
trustee@yipcpa.com

Page Subtotals:                                $0.00        $0.00